IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| JOSEPH D. RUTTER and SUONG RUTTER,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; GREAT NORTHERN FINANCIAL GROUP, INC.; AMRES MORTGAGE, INC. f/k/a PROVINET MORTGAGE CORPORATION, OCWEN LOAN SERVICING, LLC; HSBC BANK U.S.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-ASAP2, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Defendants. | Case No. 08 CV 06435-PAM/JSM<br><br>**ORDER OF PARTIAL DISMISSAL WITH PREJUDICE** |

Based on the Stipulation filed with this Court, the above-captioned matter is hereby dismissed with prejudice as to Defendants Mortgage Electronic Registration Systems, Inc., Ocwen Loan Servicing, LLC, and HSBC Bank U.S.A, As Trustee On Behalf Of Ace Securities Corp. Home Equity Loan Trust, Series 2006-ASAP2, Asset Backed Pass-Through Certificates.  Neither party shall have the right to tax costs against the other.

Dated: April   1   , 2009         s/Paul A. Magnuson
                                   Paul A. Magnuson
                                   Judge of U.S. District Court