IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH D. RUTTER and SUONG RUTTER,<br><br>        Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; GREAT NORTHERN FINANCIAL GROUP, INC.; AMRES MORTGAGE, INC. f/k/a PROVINET MORTGAGE CORPORATION, OCWEN LOAN SERVICING, LLC; HSBC BANK U.S.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES    CORP. HOME EQUITY LOAN TRUST, SERIES 2006-ASAP2, ASSET BACKED PASS-THROUGH CERTIFICATES, and ACE SECURITIES CORP. HOME EQUITY LOAN TRUST<br>        Defendants. | Case No. 08 CV 06435-PAM/JSM<br><br>**ORDER OF DISMISSAL** |

  Based on the stipulation filed with this Court, the above-captioned matter is hereby dismissed with prejudice as to the Defendants Amres Mortgage, Inc. f/k/a Provinet Mortgage Corporation and the above-captioned matter is dismissed without prejudice as to Great Northern Financial Group, Inc. and Ace Securities Corp. Home Equity Loan Trust.


Dated:   May 12  , 2009        s/Paul A. Magnuson
                   Paul A Magnuson
                   Judge of U.S. District Court